UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE GUDIEL JUAREZ RAMIREZ, | Case No.  1:26-cv-1763-DJC-JDP |
| Petitioner, | |
| v. | ORDER |
| WARDEN OF THE MESA VERDE DETENTION FACILITY, | |
| Respondent. | |

Petitioner, an immigration detainee who is representing himself, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Petitioner has also filed an application to proceed *in forma pauperis*, ECF No. 1.[1]  The court has conducted a preliminary review of the petition pursuant to Rule 4 of the Rules Governing Habeas Corpus Cases Under Section 2254.[2]

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's application to proceed *in forma pauperis*, ECF No. 1, is DENIED as moot.

2. The Clerk of the Court shall serve a copy of this order together with a copy of petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 on the United

---

[1] Petitioner filed a motion to proceed *in forma pauperis*, ECF No. 1, but also paid the $5.00 filing fee.  Accordingly, his motion will be denied as moot.

[2] Rule 1(b) of the Rules Governing Habeas Corpus Cases Under Section 2254 allows a district court to apply any or all of the rules to other types of habeas corpus petitions including § 2241 petitions.

1

States Attorney.

3. Within seven days of the date of service of this order, respondent must file a response to the petition.

4. A response may be one of the following:

A.    An answer addressing the merits of the petition.  Any argument by respondent that petitioner has procedurally defaulted a claim must be raised in the answer, which must also address the merits of petitioner's claims.

B.    A motion to dismiss the petition.

5. Within seven days of the date of service of this order, respondent must file any documents necessary for resolving the issues presented in the petition.

6. If respondent files an answer to the petition, petitioner may file a traverse within seven days of the date of service of respondent's answer.  If no traverse is filed within seven days, the petition and answer are deemed submitted.

7. If respondent moves to dismiss, petitioner must file an opposition or statement of non-opposition within seven days of the date of service of respondent's motion.  Any reply to an opposition to the motion to dismiss must be filed within seven days after the opposition is served. The motion to dismiss will be considered submitted twenty-one days after the service of the motion or when the reply is filed, whichever comes first.  *See* Local Rule 230(l).

IT IS SO ORDERED.

Dated:    March 20, 2026                                      _____

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2