UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE GUDIEL JUAREZ RAMIREZ (A-Number: 240-464-911), | Case No.  1:26-cv-1763-DJC-JDP |
| Petitioner, | |
| v. | RELEASE ORDER |
| WARDEN OF THE MESA VERDE DETENTION FACILITY, | |
| Respondent. | |

Petitioner, an immigration detainee, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 20, 2026, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Respondent has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to largely be supported by the record and by proper analysis.  However, the Court agrees with

Respondent that since Respondent has no prior contact with Petitioner prior to his detention, they may place him under reasonable conditions of supervision.  The Court will also modify the Order with respect to the pre-depravation custody hearing as requested by Respondents.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed April 20, 2026 are adopted in part;

2. Respondent's motion to dismiss, ECF No. 9, is DENIED;

3. The petition for writ of habeas corpus, ECF No. 3, is GRANTED;

4. Respondent is ordered to immediately release petitioner (A-Number: 240-464-911) from their custody.  If the government seeks to re-detain petitioner, it must provide no less than seven days' notice to petitioner and must hold a pre-deprivation bond hearing before a neutral arbiter in accordance with the procedures for a custody hearing set forth in 8 U.S.C. § 1226(a) and its implementing regulations, at which petitioner's eligibility for bond must be considered.  This Order does not address the circumstances in which respondent may detain petitioner in the event petitioner becomes subject to an executable final order of removal.

5. The Clerk of Court is directed to serve Mesa Verde Detention Facility with a copy of this Order

6. The Clerk of Court is ordered to enter judgment accordingly and close this case.

Dated:  April 28, 2026

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

2